STATE OF CONNECTICUT *v.* LIDA NOSIK

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 294 (AC 14975), is granted, limited to the following issue:

"Whether the Appellate Court properly held that (1) the evidence of the defendant's alleged marriage in New Jersey did not establish a valid marriage under Connecticut law; and (2) as such, the evidence presented at the defendant's trial was sufficient to convict the defendant?"

BORDEN, J., did not participate in the consideration or decision of the petition.

*Andrew B. Bowman,* in support of the petition.

*Michael E. O'Hare,* deputy assistant state's attorney, in opposition.

Decided April 3, 1997

ROBERT FROMER *v.* DEPARTMENT OF ECONOMIC DEVELOPMENT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16050) is denied.

*Robert Fromer,* pro se, in support of the petition.

*Amy M. Stone* and *William J. Prensky,* assistant attorney general, in opposition.

Decided April 10, 1997

KAREN CLANCY WALITYNSKI *v.* CHARLES WALITYNSKI

The defendant's petition for certification for appeal from the Appellate Court (AC 16243) is denied.

*Charles Walitynski,* pro se, in support of the petition.

Decided April 10, 1997